[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-17555
Non-Argument Calendar
_____

D.C. Docket No. 8:16-cr-00197-MSS-AEP-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN ALBERTO MONTANO CASTRO,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 22, 2017)

Before MARCUS, ROSENBAUM and FAY, Circuit Judges.

PER CURIAM:

Grady Irvin, appointed counsel for Ruben Alberto Montano Castro in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Castro's conviction and sentence are **AFFIRMED**.

2